# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT PANTON,** | : | CIVIL ACTION NO. 1:04-CV-0356 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JOHN NASH,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of April , 2007, upon consideration of plaintiff's *pro se* motion for reconsideration (Doc. 133), and it appearing that plaintiff is represented by counsel, it is hereby ORDERED that the motion (Doc. 133) is DENIED without prejudice to plaintiff's right to have the motion filed by counsel of record.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge